UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
UTICA DIVISION

| | |
|---|---|
| CHRISTY RUIZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 6:11-cv-00634-LEK -GHL |
| ) | |
| ) | NOTICE OF DISMISSAL OF CASE |
| P.N. FINANCIAL, INC. DBA ) | |
| MERCHANT CREDIT SERVICES AND) | |
| NELSON MACWEN ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of New York, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendants.

Respectfully submitted this 7th day of November , 2011

ATTORNEYS FOR PLAINTIFF
*Christy Ruiz*

By: s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
5025 N. Central Ave. #602
Phoenix, AZ 85012
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Notice Filed electronically on this 7th day of November, 2011, with:

United States District Court CM/ECF system


s/Dana Patch
Dana Patch