**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**UTICA DIVISION**

| | | |
|---|---|---|
| CHRISTY RUIZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | FILE NO. 6:11-cv-00634-LEK -GHL |
| | ) | |
| | ) | NOTICE OF DISMISSAL OF CASE |
| P.N. FINANCIAL, INC. DBA | ) | |
| MERCHANT CREDIT SERVICES AND | ) | |
| NELSON MACWEN | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

 **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of

the District Court, Northern District of New York, Plaintiff's Notice of  Dismissal

of Case With Prejudice, a copy of which is herewith served upon Defendants.

 Respectfully submitted this 7th day of November , 2011

 ATTORNEYS FOR PLAINTIFF
 *Christy Ruiz*

 By: s/Dennis R. Kurz
 Dennis R. Kurz
 NY Bar No. 4570453
 ***Weisberg & Meyers, LLC***
 Attorneys for Plaintiff
 5025 N. Central Ave. #602
 Phoenix, AZ 85012
 (888) 595-9111 ext. 412
 (866) 842-3303 (fax)
 dkurz@attorneysforconsumers.com

Notice Filed electronically on this 7th day of November, 2011, with:

United States District Court CM/ECF system

s/Dana Patch
Dana Patch

IT IS SO ORDERED:

_____
Lawrence E. Kahn
U.S. District Judge
Dated:     November 08, 2011
          Albany, NY